UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHERIE NICHOLSON and
STEPHEN NICHOLSON,

    Plaintiffs,

v.                                    Case No.   3:23-cv-303-MMH-LLL

USAA CASUALTY INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court sua sponte. On April 6, 2023, the Court entered an Order administratively closing this case pending further Order of the Court. See Order (Dkt. No. 10; Order). The Court also provided that the parties shall have until June 6, 2023, to file a joint stipulation of dismissal or other appropriate documents to close out this file. See id. The Court noted that, if the parties did not file settlement pleadings or a request for additional time by June 6, 2023, this case would automatically be deemed to be dismissed without prejudice. See id. As of this date, the parties have not filed a joint stipulation of dismissal or other appropriate documents. Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED without prejudice**.

2. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 12th day of June, 2023.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record