# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

CHERIE NICHOLSON and
STEPHEN NICHOLSON,

     Plaintiffs,

v.                                                    Case No.  3:23-cv-303-MMH-LLL

USAA CASUALTY INSURANCE
COMPANY,

     Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal With Prejudice (Dkt. No. 12; Stipulation) filed on May 31, 2024. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby **ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. Each party shall bear their respective attorneys' fees and costs.

**DONE AND ORDERED** in Jacksonville, Florida this 3rd day of June, 2024.

*[signature]*

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record